UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GILBERT M. MARTINEZ,

                        Plaintiff,                                  **JUDGMENT**
                                                                     13-CV-3392 (RRM)

   -against-

HONORABLE ANTHONY CANNATARO
and GLORIA P. MARGARY,

                        Defendants.
-----------------------------------------------------------X

     A Memorandum and Order of the undersigned having been issued this day dismissing plaintiff's Petition for a Writ of Habeas Corpus, and directing the Clerk of Court to close this case; it is

     ORDERED, ADJUDGED AND DECREED that plaintiff take nothing of defendants; the petition is dismissed; and that this case is hereby closed.


Dated: Brooklyn, New York            *Roslynn R. Mauskopf*
       September 24, 2013           _____
                                                    ROSLYNN R. MAUSKOPF
                                                    United States District Judge